IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JAMES EARL THOMAS,

    Plaintiff,

v.                                    CASE NO. 2:11-cv-3611-LSC-PWG

HEALTH ASSURANCE, LLC, et al,

    Defendants.

## MEMORANDUM OPINION

The magistrate judge filed findings and recommendation on December, 22, 2011 (Doc. 4), recommending that plaintiff's in forma pauperis complaint is due to be dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).  On January 3, 2012, plaintiff filed objections.  (Doc. 5).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation and the objections filed by defendant, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED.  Plaintiff's objections are due to be and hereby are OVERRULED.  As a result, Plaintiff's complaint is due to be dismissed with prejudice.  A final judgment will be entered.

Done this 27th day of January 2012.

[signature]

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
167458