IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JAMES EARL THOMAS,

    Plaintiff,

v.                                          CASE NO. 2:11-cv-3611-LSC-PWG

HEALTH ASSURANCE, LLC, et al,

    Defendants.

## FINAL ORDER

    Pursuant to Rule 58, Fed. R. Civ. P., and for the reasons stated in the Memorandum Opinion entered contemporaneously herewith, this action is hereby DISMISSED WITH PREJUDICE. The clerk is directed to close the file.

    Done this 27th day of January 2012.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
167458